IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00588-WYD

JEREMY THOMAS MALIK,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Daniel, J.**

    Defendant's Unopposed Motion for Remand (ECF No. 26), seeking entry of judgment and a remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**.  The final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the agency will reconsider Plaintiff's claim *de novo.*

    The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

    Dated:  September 29, 2015

                                          BY THE COURT:

                                          /s/ *Wiley Y. Daniel*
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE